AO-10 (w)
Rev. 1/2000

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walter, John F. | U.S. Dist. Ct. Judge (C.D. CA) | 01/28/2002 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. Dist. Ct. Judge - Nominee | X Nomination, Date 01/23/2002<br><br>___ Initial ___ Annual ___ Final | 01/01/2001 to 01/01/2002 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 11601 Wilshire Boulevard<br><br>Suite 1900<br><br>Los Angeles, CA 90025 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Officer and shareholder | Walter, Finestone & Richter, a Professional Corporation |
| 2 | | |
| 3 | | |

## II. AGREEMENTS  (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | | John F. Walter and Walter, Finestone & Richter Employment Agreement dated June 1, 1995 |
| 2 | | John F. Walter and Walter, Finestone & Richter Profit Sharing Plan |
| 3 | | |

## III. NON-INVESTMENT INCOME  (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | | John F. Walter Salary and Bonus from Walter, Finestone & Richter - 2000 | 397,500 |
| 2 | | John F. Walter Salary from Walter, Finestone & Richter - 01/01/01 to 01/01/02 | 228,000 |
| 3 | | | |
| 4 | | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | | Exempt |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | | Exempt | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F. | 01/28/2002 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Fredricks Fund I | A | Distribution | J | U | Exempt | | | | |
| 2 Fredricks Fund II | D | Distribution | K | U | Exempt | | | | |
| 3 Fredricks Fund III | C | Distribution | K | U | Exempt | | | | |
| 4 Fredricks Fund IV | C | Distribution | K | U | Exempt | | | | |
| 5 170 shares of AT&T | A | Dividend | J | T | Exempt | | | | |
| 6 7 shares of Avaya | A | Dividend | J | T | Exempt | | | | |
| 7 170 shares of Bell South | A | Dividend | J | T | Exempt | | | | |
| 8 93 shares of Lucent | A | Dividend | J | T | Exempt | | | | |
| 9 70 shares of Qwest Intl. | A | Dividend | J | T | Exempt | | | | |
| 10 318 shares of SBC | A | Dividend | J | T | Exempt | | | | |
| 11 70 shares of VodaFone | A | Dividend | J | T | Exempt | | | | |
| 12 127 shares of Verizon | A | Dividend | J | T | Exempt | | | | |
| 13 54 shares of AT&T Wireless | A | Dividend | J | T | Exempt | | | | |
| 14 Charles Schwab Money Market | E | Interest | N | T | Exempt | | | | |
| 15 Vanguard Money Market | E | Interest | N | T | Exempt | | | | |
| 16 Centurion Money Market | D | Interest | L | T | Exempt | | | | |
| 17 T. Rowe Price Money Market | A | Interest | J | T | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, John F. | 01/28/2002 |

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  Vanguard GNMA Fund | D | Interest | M | T | Exempt | | | | |
| 19  Vanguard Cal. Insured Fund | D | Interest | N | T | Exempt | | | | |
| 20  Vanguard 500 Index Fund | A | Dividend | J | T | Exempt | | | | |
| 21  Vanguard Int'l Growth Fund | A | Dividend | J | T | Exempt | | | | |
| 22  Vanguard Total Stock Market Fund | A | Dividend | J | T | Exempt | | | | |
| 23  T. Rowe Price European Stock | A | Dividend | J | T | Exempt | | | | |
| 24  Janus Olympus Fund | A | Dividend | J | T | Exempt | | | | |
| 25  Schwab 1000 Fund | A | Dividend | K | T | Exempt | | | | |
| 26  Strong Growth Fund | A | Dividend | K | T | Exempt | | | | |
| 27  Gabelli Asset Fund | A | Dividend | J | T | Exempt | | | | |
| 28  Thornberg Value Fund | A | Dividend | J | T | Exempt | | | | |
| 29  Wilshire 5000 Index | A | Dividend | J | T | Exempt | | | | |
| 30  Rydex Technology Fund | A | Dividend | K | T | Exempt | | | | |
| 31  Artisan Int'l Fund | A | Dividend | J | T | Exempt | | | | |
| 32  Scudder European | A | Dividend | J | T | Exempt | | | | |
| 33  IRA - Charles Schwab | A | Dividend | K | T | Exempt | | | | |
| 34  IRA - Charles Schwab | A | Dividend | J | T | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Walter, Finestone & Richter Profit Sharing Plan | E | Interest | P1 | T | Exempt | | | | |
| 36 8500 shares of Walter, Finestone & Richter | | | M | U | Exempt | | | | |
| 37 Northern Trust Bank | A | Interest | K | T | Exempt | | | | |
| 38 California National Bank | B | Interest | L | T | Exempt | | | | |
| 39 Wells Fargo Bank | A | Interest | J | T | Exempt | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Walter, John F. | 01/28/2002 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Not applicable

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Walter, John F. | 01/28/2002 |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _John F. Watt_          Date _1/28/02_

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | 925,864 | Notes payable to banks-secured | |
| U.S. Government securities-add schedule | 150,000 | Notes payable to banks-unsecured | |
| Listed securities-add schedule | 649,031 | Notes payable to relatives | |
| Unlisted securities–add schedule | 150,000 | Notes payable to others | |
| Accounts and notes receivable: | | Accounts and bills due | |
| Due from relatives and friends | | Unpaid income tax | |
| Due from others | | Other unpaid income and interest | |
| Doubtful | | Real estate mortgages payable-add schedule | |
| Real estate owned-add schedule | 850,000 | Chattel mortgages and other liens payable | |
| Real estate mortgages receivable | | Other debts-itemize: | |
| Autos and other personal property | 75,000 | | |
| Cash value-life insurance | | | |
| Other assets itemize:   See Schedule | 1,433,000 | | |
| | | | |
| | | | |
| | | Total liabilities | None |
| | | Net Worth | 4,232,895 |
| Total Assets | 4,232,895 | Total liabilities and net worth | 4,232,895 |
| CONTINGENT LIABILITIES | None | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | | Are any assets pledged? (Add schedule) | No |
| On leases or contracts | | Are you defendant in any suits or legal actions? | No |
| Legal Claims | | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | | | |
| Other special debt | | | |

19

| | |
|---|---:|
| Rydex Technology Fund | 19,000 |
| Artisan International Fund | 5,000 |
| Scudder Greater Europe Growth | 5,000 |

$ 615,000
34,031

$ 649,031

Unlisted Securities:

| | |
|---|---:|
| 8500 Shares of Walter, Finestone & Richter | $ 150,000 |

Real Estate:

| | |
|---|---:|
| Residence: 16611 Merivale Lane<br>Pacific Palisades, California 90272 | $ 850,000 |

Other Assets:

| | |
|---|---:|
| (a) Fredricks Funds I, II, III, and IV | $ 114,000 |
| (b) IRA – John F. Walter | $ 37,000 |
| IRA – Joyce A. Walter | 9,000 |
| (c) Walter, Finestone & Ricther<br>Profit Sharing Plan | $1,273,000 |

$1,433,000